THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IRVING COHEN, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of the crimes of endangering the health and morals of a child, and of assault in the third degree, unanimously affirmed. No opinion. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

JOSEPH RESCIGNO, on Behalf of CARMELLA RESCIGNO, Respondent, v. VINCENT RESCIGNO, Appellant, and JOSEPH RESCIGNO et al., Respondents.— Order of Domestic Relations Court of the City of New York, Family Court Division, Queens County, entered June 2, 1947, upon the acknowledged consent of appellant, unanimously affirmed, without costs, and without prejudice to a motion in that court by appellant, if so advised, to vacate the consent agreement or to modify the support order. No opinion. Present — Lewis, P. J., Carswell, Adel, Sneed and Wenzel, JJ.

## (February 9, 1948.)

HARRY GOLDSMITH, Respondent, v. GARBROS, INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, with $10 costs. Present — Lewis, P. J., Johnston, Adel, Sneed and Wenzel, JJ.

In the Matter of PHYLLIS FAFARD et al., Appellants, against BOARD OF EDUCATION OF THE CITY OF NEW ROCHELLE, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Johnston, Adel, Sneed and Wenzel, JJ. [See ante, p. 788.]

CAROLINE JACKMAN et al., Respondents, v. BERNARD GRANT, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Johnston, Adel, Sneed and Wenzel, JJ. [See ante, p. 771.]

ROSE LIEBLING, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lewis, P. J., Johnston, Adel, Sneed and Wenzel, JJ.

POCONO FORESTRY CORPORATION, Respondent, v. MARTHA C. PRICE et al., Individually and Doing Business as STATEN ISLAND MARINE SERVICE, Defendants; MARTHA C. PRICE et al., Appellants.— Motion to resettle order or for reargument denied, without costs. Present — Lewis, P. J., Johnston, Adel, Sneed and Wenzel, JJ. [See ante, p. 812.]

ISAAC SALZBERG, Respondent, v. RAYNAY HOLDING CORP., Defendant and Third Party Plaintiff-Appellant. ABRAHAM MARMER et al., Third Party Defendants-Respondents.—Motion for leave to appeal to the Appellate Division denied, with $10 costs. Present — Lewis, P. J., Johnston, Adel, Sneed and Wenzel, JJ.

MAXWELL M. WALLACH, Appellant, v. THERESA R. WALLACH, Respondent.— Motion for correction of order of this court dated January 12, 1948, and for reargument of appeal, denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Johnston, Adel, Sneed and Wenzel, JJ. [See ante, p. 813.]

WESTERN BUILDING CORP., Landlord, Appellant, v. RAYMOND J. BRUDER, Tenant, and MORTON E. SMUCKLER, Undertenant, Respondent.— Motion for leave to appeal to the Appellate Division denied, with $10 costs. Present — Lewis, P. J., Carswell, Johnston, Adel and Sneed, JJ.